IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**VERNON L. MCCRANEY, JR.**                                                                 **PLAINTIFF**

V.                                                    **4:20CV1323 JM**

**CENTRAL MOLONEY, INC.**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendant and against the Plaintiff.

IT IS SO ORDERED this 3rd day of February, 2023.

_____
James M. Moody Jr
United States District